FRANK H. FOSGATE, JR., APPELLANT-CROSS-RESPON-
DENT, v. JUNE STRELECKI, DIRECTOR OF THE DIVI-
SION OF MOTOR VEHICLES, STATE OF NEW JERSEY,
RESPONDENT-CROSS-APPELLANT.

Argued November 4, 1968—Decided November 25, 1968.

*Mr. Charles J. Farley, Jr.*, argued the cause for appellant,
cross-respondent.

*Mr. Philip S. Carchman* argued the cause for respondent,
cross-appellant (*Mr. Arthur J. Sills*, Attorney General, at-
torney; *Mr. Elias Abelson* and *Mr. Thomas J. Savage*,
Deputy Attorneys General, on the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the *per curiam* opinion in the Appellate Division,
103 *N. J. Super.* 435 (*App. Div.* 1968).

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN — 7.

*For reversal* — None.